1

2

3

4

5

6           **UNITED STATES DISTRICT COURT**

7              **DISTRICT OF NEVADA**

8

9    GENE ALLEN,

10          Petitioner,                    Case No. 2:03-CV-00673-PMP-(LRL)

11   vs.                                   **ORDER**

12   STATE OF NEVADA,

13          Respondent.

14

15          Petitioner has submitted another motion to vacate judgment (#19).  The court denied

16   (#18) an earlier motion (#17) because it was untimely and without merit.  The current motion (#19)

17   is no different.

18          IT IS THEREFORE ORDERED that the motion to vacate judgment (#19) is

19   **DENIED**.

20          DATED:  July 8, 2010.

21

22                                         _____

23                                         PHILIP M. PRO
                                           United States District Judge

24

25

26

27

28